AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Suddaby, Glenn T. | Northern District of New York | 10/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

100 South Clinton Street
3rd Floor
Syracuse, New York 13261-7198

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Suddaby, Glenn T.** | 10/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | NYS & Local Employees Retirement System- Monthly Retirement payment | $22,874.00 |
| 2. 2019 | NYS Teachers' Retirement System (Pension) | $39,090.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Syracuse University |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo IRA #1 (H) | | | | | | | | | |
| 2. Cash account-Wells Fargo -Standard Bank Deposit | A | Dividend | J | T | | | | | |
| 3. ABBVIE,INC | A | Dividend | | | Sold | 06/27/19 | J | A | |
| 4. ALTRIA GROUP, INC | A | Dividend | | | Sold | 02/07/19 | J | A | |
| 5. AMERICAN ELECTRIC POWER INC | A | Dividend | J | T | Sold (part) | 07/17/19 | J | A | |
| 6. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 7. AMGEN INC | A | Dividend | J | T | Buy | 02/07/19 | J | | |
| 8. AT&T | A | Dividend | J | T | | | | | |
| 9. ADP | A | Dividend | J | T | Buy | 11/15/19 | J | | |
| 10. CISCO SYSTEMS INC | A | Dividend | J | T | | | | | |
| 11. COMCAST | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 12. CORTEVA | A | Distribution | J | T | Spinoff (from line 16) | 06/03/19 | J | | |
| 13. DIAGO PLC | A | Dividend | J | T | | | | | |
| 14. DOMINION RES INC | A | Dividend | J | T | Sold (part) | 07/17/19 | J | A | |
| 15. DOVER CORP | A | Dividend | J | T | Sold (part) | 07/17/19 | J | A | |
| 16. DU PONT E.I. | A | Dividend | | | Sold | 09/19/19 | J | A | |
| 17. DOW | A | Dividend | J | T | Spinoff (from line 16) | 04/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Suddaby, Glenn T.** | 10/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   EXXON | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 19.   GENL DYNAMICS CORP | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 20.   GENUINE PARTS CO | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 21.   HASBRO, INC | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 22.   HOME DEPOT INC | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 23.   ILLINOIS TOOL WORKS INC | A | Dividend | J | T | | | | | |
| 24.   INTEL CORP | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 25.   IBM | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 26.   JOHNSON & JOHNSON | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 27.   JPMORGAN CHASE & CO | A | Dividend | J | T | Buy<br>(add'l) | 07/17/19 | J | | |
| 28.   KIMBERLY-CLARK CORP | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 29.   LOCKHEED MARTIN CORP | A | Dividend | J | T | | | | | |
| 30.   M&T BANK CORP | A | Dividend | J | T | | | | | |
| 31.   MAXIM INTEGRATED PRODS | A | Dividend | J | T | | | | | |
| 32.   MCDONALDS CORP | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 33.   MERCK & CO | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 34.   MICROSOFT CORP | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Suddaby, Glenn T.** | 10/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. NEXTERA ENERGY INC | A | Dividend | J | T | Buy<br>(add'l) | 09/19/19 | J | | |
| 36. NUCOR CORP | A | Dividend | | | Sold | 01/28/19 | J | A | |
| 37. PEOPLE"S UNITED FINANCL | A | Dividend | J | T | Sold<br>(part) | 01/10/19 | J | A | |
| 38. PEPSICO INCORPORATED | A | Dividend | J | T | Buy<br>(add'l) | 06/28/19 | J | | |
| 39. PFIZER INCORPORATED | A | Dividend | | | Sold<br>(part) | 07/17/19 | J | A | |
| 40. | | | | | Sold | 08/14/19 | J | A | |
| 41. PHILLIPS 66 | A | Dividend | J | T | Buy<br>(add'l) | 06/27/19 | J | | |
| 42. PROCTOR & GAMBLE CO | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 43. THE SOUTHERN COMPANY | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 44. STARBUCKS CORP | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 45. TARGET | A | Dividend | J | T | | | | | |
| 46. UNITED PARCEL SERVICE-B | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 47. US BANCORP NEW USB | A | Dividend | J | T | Buy<br>(add'l) | 09/19/19 | J | | |
| 48. VERIZON COMMUNICATIONS | A | Dividend | J | T | Buy<br>(add'l) | 06/28/19 | J | | |
| 49. | | | | | Sold<br>(part) | 07/17/19 | J | A | |
| 50. WALGREEN BOOTS ALLIANCE INC | A | Dividend | J | T | | | | | |
| 51. WASTE MGMT INC DEL | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Suddaby, Glenn T.** | 10/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. WASTE MNT INC DEL | A | Dividend | J | T | Buy<br>(add'l) | 09/19/19 | J | | |
| 53. WELLTOWER | A | Dividend | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 54. Wells Fargo IRA #2 (H) | | | | | | | | | |
| 55. Cash account -Wells Fargo-Standard Bank Deposit | A | Int./Div. | J | T | | | | | |
| 56. CAPITAL INCOME BLDR CL A | A | Dividend | K | T | Buy<br>(add'l) | 03/14/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 60. CAPITAL WORLD GROWTH & INCOME FD | A | Dividend | K | T | Buy<br>(add'l) | 03/14/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 64. FUNDAMENTAL INVS INC CLASS A | A | Dividend | K | T | Buy<br>(add'l) | 03/14/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 66. | | | | | Buy<br>(add'l) | 09/17/19 | J | | |
| 67. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 68. NEW PESEPECTIVE FD A | B | Dividend | L | T | Buy<br>(add'l) | 12/23/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Suddaby, Glenn T.** | 10/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. NEW WORLD FUND CLASS A | A | Dividend | K | T | Buy<br>(add'l) | 12/23/19 | J | | |
| 70. SMALLCAP WORLD FD A | A | Dividend | K | T | Buy<br>(add'l) | 12/24/19 | J | | |
| 71. WASH MUTUAL INVS FC CALSS A | A | Dividend | K | T | Buy<br>(add'l) | 03/14/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 75. NW Mutual Life (Whole Life Policy) | A | Dividend | L | T | | | | | |
| 76. Key Privilege Select Checking | A | Int./Div. | J | T | Buy<br>(add'l) | 12/31/19 | J | | |
| 77. Key Savings (X) | A | Int./Div. | J | T | Buy<br>(add'l) | 12/31/19 | J | | |
| 78. Summit FCU (X) | A | Int./Div. | J | T | Buy<br>(add'l) | 12/31/19 | J | | |
| 79. APN Health LLC (X) | | None | M | T | | | | | |
| 80. Jill Suddaby Self Directed IRA (X) | | | | | | | | | |
| 81. APN Health LLC (X) | | None | N | T | | | | | |
| 82. Rental Property-Naples, Florida (X) | D | Rent | N | W | | | | | |
| 83. Discover Bank (X) | A | Int./Div. | K | T | | | | | |
| 84. TIAA- TRowePrice Rtmt-2025 Fund(X) | B | Int./Div. | K | T | | | | | |
| 85. TIAA-Retiremenmt-Traditional-Annuity<br>Contracts (X) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Suddaby, Glenn T.** | 10/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   TD Ameritrade-Insured Deposit Account (X) | A | Int./Div. | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Suddaby, Glenn T.** | 10/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Suddaby, Glenn T.** | 10/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Glenn T. Suddaby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544